**FILED**
JAN - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ANTHONY GRANDISON, #172622

    Plaintiff

V.

08 0024

U.S. Department of Justice

Executive Office for United States Attorneys

Freedom of Information & Privacy Staff

600 E. Street, N.W., Suite 7300, Bicentennial Building

Washington, DC 20530-0001

    Defendants

    Civil Case No.

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

I, Anthony Grandison, declare that I am [check the appropriate box].[x] petitioner/plaintiff [ ]movant(filing 28 U.S.C. 2255 motion)[ ] respondent/defendant [ Complaint Under 5 U.S.C. (a)(4)(B)] (other) in the above-entitled proceeding, that in support of my request to proceed in forma pauperis, state that because of my poverty, I believe I am entitled to the requested relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes [x]  No [x].

a. If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer. [List both gross and net [salary], Institution job 32.00

**RECEIVED**
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

dollars per month since April or May 1996.

b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. **In March 1979, 250.00 a weeks.**

2. Have you received within the past six months any money from any of the following sources?

a. Business, profession or other form of self-employment? Yes [] **No [x]**

b. Rent payment, interest or dividends? Yes [] **No [x]**

c. Pensions, annuities or life insurance payments? Yes [] **No [x]**

d. Gifts or inheritances? Yes [] **NO [x]**

e. Any other sources?   **Yes [x]**  No []

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past six months.
[d] **Family and Friend. See Exhibit (A). Must of which is spent on legal supply, Poster stamps, my institutional personal needs, and to pay for prepaid telephone time to communication with attorneys, my family, grandchildren, daughter, mother and friends.**
[e] Other See below.

**32. 00 dollars per month from my institutional job.**

3. Do you have any money by way of cash, or checking or savings accounts? Yes [x] No []

[Include any funds in prison accounts] If the answer is "yes", state the total value of the items owned. **See Exhibit (A).**

4. Do you own or have any interest in any real estate, stocks, bonds, notes automobiles or other valuable property [excluding ordinary household furnishings and clothing]? Yes [] **No [x]**

If the answer is "yes", describe the property, state its approximate value, and any mortgage obligations, if applicable.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November _13_, 2007.

Signature of Applicant ___Anthony Granelison #172622___

2

## ORDER OF COURT

_____

**The application is hereby denied./**

                      _____

United States Judge    _____
Or Magistrate Judge    Date


_____

**The application is hereby granted.**

                      _____

United States Judge    _____
Or Magistrate Judge    Date