```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON              )
MCAC C-46                      )
401 E. MADISON STREET          )
BALTIMORE, MD  21202,          )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 08-00024 (RJL)
                               )
U.S. DEPARTMENT OF JUSTICE     )
950 PENNSYLVANIA AVENUE, NW    )
WASHINGTON, DC  20530,         )
                               )
     and                       )
                               )
EXECUTIVE OFFICE FOR           )
   UNITED STATES ATTORNEYS     )
FREEDOM OF INFORMATION &       )
   PRIVACY STAFF               )
600 E STREET, NW, ROOM 7300    )
WASHINGTON, DC  20530,         )
                               )
     Defendants.               )
                               )
```

## PRAECIPE

The Clerk of Court will please enter the appearance of Caroline A. Smith as principal counsel for defendants in the above-captioned civil action.

```
                              /s/
Dated:  February 13, 2008    Caroline A. Smith
                             (DC Bar #501942)
                             Attorney-Advisor
                             Office of Information and Privacy
                             United States Department of Justice
                             1425 New York Ave., NW, Suite 11050
                             Washington, DC  20530-0001
                             (202) 514-8858
```

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the foregoing Praecipe was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

    Mr. Anthony Grandison
    DOC ID No. 172622
    Maryland Correctional Adjustment Center
    401 East Madison Street
    Baltimore, MD  21202

on this 13th day of February 2008.

               /s/
            CAROLINE A. SMITH