UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ANTHONY GRANDISON,              )
                                )
        Plaintiff,              )
                                )
        v.                      )    Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
        Defendants.             )
_____)
```

ANSWER

Defendants, by their undersigned attorneys, hereby answer the Complaint as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

The Executive Office for United States Attorneys (EOUSA), Freedom of Information and Privacy Staff, is not a proper party defendant to this action.

THIRD DEFENSE

Plaintiff has failed to exhaust his administrative remedies with respect to his claims against EOUSA.

FOURTH DEFENSE

In response to the unnumbered and numbered sections of the Complaint, defendants admit, deny, or otherwise aver as follows:

1.  First unnumbered section entitled "Complaint":  This section consists of plaintiff's allegations concerning

-2-

jurisdiction, which do not require answers, but insofar as
answers may be deemed required, deny.

2.    First numbered section entitled "Introduction", first
clause:  This clause consists of plaintiff's further allegations
concerning jurisdiction, which do not require answers, but
insofar as answers may be deemed required, deny.  Second clause:
This clause consists of plaintiff's characterization of this
action, which does not require an answer, but insofar as an
answer may be deemed required, deny.

3.    Second numbered section entitled "Procedural and Factual
Background":  This section consists of thirteen unnumbered
paragraphs, to which defendants admit, deny, or otherwise aver as
follows:

4.    First unnumbered paragraph:  Deny, except to aver
EOUSA's receipt of a letter from plaintiff dated March 28, 2007,
and to aver the receipt of a letter dated March 7, 2007, by the
Civil Division, a component of the United States Department of
Justice, from plaintiff, to which the Court is respectfully
referred for complete and accurate statements of their contents.

5.    Second unnumbered paragraph:  Deny, except to aver Civil
Division's transmittal of a letter to plaintiff dated March 22,
2007, to which the Court is respectfully referred for a complete
and accurate statement of its contents.

-3-

6.  Third unnumbered paragraph:  Deny, except to aver Civil Division's transmittal of a letter to plaintiff dated April 17, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 1, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

7.  Fourth unnumbered paragraph:  Deny, except to aver transmittal of a letter to plaintiff dated May 10, 2007, from the Office of Information and Privacy (OIP), a component of the United States Department of Justice, a copy of which is attached to plaintiff's Complaint as Exhibit 2, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

8.  Fifth unnumbered paragraph:  Deny, except to aver receipt of a letter from plaintiff dated March 28, 2007, by the United States Attorney's Office for the District of Maryland, to which the Court is respectfully referred for a complete and accurate statement of its contents.

9.  Sixth unnumbered paragraph:  Deny, except to aver EOUSA's receipt of a letter from plaintiff dated March 28, 2007, which was forwarded to EOUSA by the United States Attorney's Office for the District of Maryland, to which the Court is respectfully referred for a complete and accurate statement of its contents.

-4-

10.  Seventh unnumbered paragraph:  Deny, except to aver
EOUSA's transmittal of a letter to plaintiff dated May 18, 2007,
to which the Court is respectfully referred for a complete and
accurate statement of its contents.

11.  Eighth unnumbered paragraph:  Deny, except to aver
EOUSA's transmittal of a letter to plaintiff dated May 21, 2007,
to which the Court is respectfully referred for a complete and
accurate statement of its contents.

12.  Ninth unnumbered paragraph:  Deny, except to aver OIP's
transmittal of a letter to plaintiff dated June 20, 2007, to
which the Court is respectfully referred for a complete and
accurate statement of its contents.

13.  Tenth unnumbered paragraph:  Deny, except to aver
EOUSA's transmittal of a letter to plaintiff dated June 29, 2007,
to which the Court is respectfully referred for a complete and
accurate statement of its contents.

14.  Eleventh unnumbered paragraph:  Deny, except to aver
OIP's transmittal of a letter to plaintiff dated August 2, 2007,
a copy of which is attached to plaintiff's Complaint as
Exhibit 3, and to which the Court is respectfully referred for a
complete and accurate statement of its contents.

15.  Twelfth unnumbered paragraph:  Deny, except to aver
EOUSA's transmittal of a letter to plaintiff dated August 21,

-5-

2007, to which the Court is respectfully referred for a complete
and accurate statement of its contents.

16. Thirteenth unnumbered paragraph: Deny, except to aver
EOUSA's receipt of a letter from plaintiff dated September 13,
2007, a retyped version of which is attached to plaintiff's
Complaint as Exhibit 4, and to which the Court is respectfully
referred for a complete and accurate statement of its contents.

17. Third numbered section entitled "Reasons Why Complaint
Should Be Granted": This section consists of seven unnumbered
paragraphs, to which defendants admit, deny, or otherwise aver as
follows:

18. First unnumbered paragraph, first sentence: Deny,
except to aver EOUSA's receipt of a letter from plaintiff dated
March 28, 2007, and to aver Civil Division's receipt of a letter
from plaintiff dated March 7, 2007, to which the Court is
respectfully referred for complete and accurate statements of
their contents. Second and third sentences: Deny, except to
aver Civil Division's receipt of a letter from plaintiff dated
March 7, 2007, to which the Court is respectfully referred for a
complete and accurate statement of its contents. Fourth
sentence: Deny, and aver Civil Division's transmittal of letter
to plaintiff dated March 22, 2007, to which the Court is
respectfully referred for a complete and accurate statement of
its contents. Fifth sentence: Deny, except to aver EOUSA's

-6-

receipt of a letter from plaintiff dated March 28, 2007, to which
the Court is respectfully referred for a complete and accurate
statement of its contents.

19.  Second unnumbered paragraph, including block quotation:
Deny, except to aver Civil Division's transmittal of a letter to
plaintiff dated April 17, 2007, a copy of which is attached to
plaintiff's Complaint as Exhibit 1, and to which the Court is
respectfully referred for a complete and accurate statement of
its contents.

20.  Third unnumbered paragraph, including block quotation:
Deny, except to aver EOUSA's transmittal of a letter to plaintiff
dated May 21, 2007, to which the Court is respectfully referred
for a complete and accurate statement of its contents.

21.  Fourth unnumbered paragraph, first sentence:  Deny,
except to aver Civil Division's transmittal of a letter to
plaintiff dated April 17, 2007, a copy of which is attached to
plaintiff's Complaint as Exhibit 1, and to aver EOUSA's
transmittal of a letter to plaintiff dated May 21, 2007, to which
the Court is respectfully referred for complete and accurate
statements of their contents.  Second sentence, including block
quotation:  Deny, except to aver OIP's receipt of two letters
from plaintiff dated April 25, 2007, and June 5, 2007,
respectively, to which the Court is respectfully referred for
complete and accurate statements of their contents.

-7-

22.  Fifth unnumbered paragraph, including block quotation: Deny, and aver OIP's transmittal of a letter to plaintiff dated August 2, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 3, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

23.  Sixth unnumbered paragraph, first sentence, including citation:  Deny, as a conclusion of law.  Second sentence:  Deny, except to aver EOUSA's transmittal of a letter to plaintiff dated June 29, 2007, and to aver Civil Division's transmittal of a letter to plaintiff dated April 17, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 1, and to which the Court is respectfully referred for complete and accurate statements of their contents.  Third sentence, including citation:  Deny, as a conclusion of law.

24.  Seventh unnumbered paragraph:  Deny, as conclusions of law.

25.  Fourth numbered section entitled "Argument I":  This section consists of one bolded heading and three unnumbered paragraphs, to which defendants admit, deny, or otherwise aver as follows:

26.  Bolded heading:  Deny, as a conclusion of law.

27.  First unnumbered paragraph, first sentence:  Deny, for lack of knowledge or information sufficient to form a belief as

-8-

to the truth of the matters asserted.  Second and third
sentences, including citations:  Deny, as conclusions of law.

28.  Second unnumbered paragraph:  Deny, as conclusions of
law.

29.  Third unnumbered paragraph, first sentence:  Deny, as a
conclusion of law.  Second, third, and fourth sentences:  Deny,
for lack of knowledge or information sufficient to form a belief
as to the truth of the matters asserted.

30.  Fifth numbered section entitled "Argument II":  This
section consists of one bolded heading and five unnumbered
paragraphs, to which defendants admit, deny, or otherwise aver as
follows:

31.  Bolded heading:  Deny, as a conclusion of law.

32.  First unnumbered paragraph, first, second, and third
sentences:  Deny, as conclusions of law.  Fourth sentence:  This
sentence consists of plaintiff's characterization of the records
he requested, which does not require an answer, but insofar as an
answer may be deemed required, deny.

33.  Second unnumbered paragraph, including block quotation:
Deny, for lack of knowledge or information sufficient to form a
belief as to the truth of the matters asserted.

34.  Third unnumbered paragraph, first sentence:  Deny,
except to aver OIP's receipt of two letters from plaintiff dated
April 25, 2007, and June 5, 2007, respectively, to which the

-9-

Court is respectfully referred for complete and accurate statements of their contents. Second sentence: Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Third sentence: Deny, as a conclusion of law.

35. Fourth unnumbered paragraph, first sentence, including citations: Deny, as a conclusion of law. Second sentence: Deny, as a conclusion of law, and aver Civil Division's transmittal of a letter to plaintiff dated April 17, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 1, and OIP's transmittal of a letter to plaintiff dated May 10, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 2, and to which the Court is respectfully referred for complete and accurate statements of their contents.

36. Fifth unnumbered paragraph, first sentence: Deny, as a conclusion of law. Second, third, and fourth sentences: These sentences consist of plaintiff's characterizations of the records he requested, which do not require answers, but insofar as answers may be deemed required, deny. Fifth sentence: Deny, as a conclusion of law.

37. Sixth numbered section entitled "Argument III": This section consists of one bolded heading and nine unnumbered paragraphs, to which defendants admit, deny, or otherwise aver as follows:

-10-

38.  Bolded heading:  Deny, as a conclusion of law.

39.  First unnumbered paragraph:  Deny, as conclusions of law.

40-41.  Second and third unnumbered paragraphs:  Deny, as conclusions of law and for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

42.  Fourth unnumbered paragraph, first sentence:  Deny, as a conclusion of law and for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.  Second and third sentences:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.  Fourth sentence:  Deny, as a conclusion of law and for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

43.  Fifth unnumbered paragraph, first sentence:  Deny, as a conclusion of law and for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.  Second, third, and fourth sentences:  Deny, for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

44.  Sixth unnumbered paragraph, first, second, and third sentences:  Deny, for lack of knowledge or information sufficient

-11-

to form a belief as to the truth of the matters asserted.  Fourth
sentence:  Deny, as a conclusion of law and for lack of knowledge
or information sufficient to form a belief as to the truth of the
matters asserted.  Fifth sentence, including block quotation:
Deny, for lack of knowledge or information sufficient to form a
belief as to the truth of the matters asserted.

45.  Seventh unnumbered paragraph, including block
quotation:  Deny, as a conclusion of law and for lack of
knowledge or information sufficient to form a belief as to the
truth of the matters asserted.

46-47.  Eighth and ninth unnumbered paragraphs:  Deny, as
conclusions of law and for lack of knowledge or information
sufficient to form a belief as to the truth of the matters
asserted.

48.  Seventh numbered section entitled "Argument IV":  This
section consists of one bolded heading and two unnumbered
paragraphs, to which defendants admit, deny, or otherwise aver as
follows:

49.  Bolded heading:  Deny, as a conclusion of law.

50.  First unnumbered paragraph, first sentence, including
citation to exhibit:  Deny, except to aver Civil Division's
transmittal of a letter to plaintiff dated April 17, 2007, a copy
of which is attached to plaintiff's Complaint as Exhibit 1, and
to which the Court is respectfully referred for a complete and

-12-

accurate statement of its contents.  Second sentence, including

citation to exhibit and block quotation:  Deny, except to aver

OIP's transmittal of a letter to plaintiff dated August 2, 2007,

a copy of which is attached to plaintiff's Complaint as

Exhibit 3, and to which the Court is respectfully referred for a

complete and accurate statement of its contents.

51.  Second unnumbered paragraph:  Deny, as a conclusion of

law.

52:  Eighth numbered section entitled "Argument V":  This

section consists of one bolded heading and four unnumbered

paragraphs, to which defendants admit, deny, or otherwise aver as

follows:

53.  Bolded heading:  Deny, as a conclusion of law.

54.  First unnumbered paragraph, first and second sentences,

including citations:  Deny, as conclusions of law.  Third,

fourth, and fifth sentences:  Deny, as conclusions of law and for

lack of knowledge or information sufficient to form a belief as

to the truth of the matters asserted.

55.  Second unnumbered paragraph, first sentence:  Deny, as

a conclusion of law and for lack of knowledge or information

sufficient to form a belief as to the truth of the matters

asserted.  Second sentence, including citation to exhibit:  Deny,

except to aver Civil Division's transmittal of letter to

plaintiff dated April 17, 2007, a copy of which is attached to

-13-

plaintiff's Complaint as Exhibit 1, and to which the Court is respectfully referred for a complete and accurate statement of its contents.  Third sentence, including citation to exhibit: Deny, except to aver OIP's transmittal of a letter to plaintiff dated August 2, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 3, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

56.  Third unnumbered paragraph, including citation to exhibit and block quotation:  Deny, as a conclusion of law, except to aver OIP's transmittal of a letter to plaintiff dated August 2, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 3, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

57.  Fourth unnumbered paragraph, first sentence, including citation to exhibit:  Deny, except to aver Civil Division's transmittal of letter to plaintiff dated April 17, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 1, and to which the Court is respectfully referred for a complete and accurate statement of its contents.  Second sentence, including citation to exhibit:  Deny, except to aver EOUSA's receipt of a letter from plaintiff dated September 13, 2007, a retyped version of which is attached to plaintiff's Complaint as Exhibit 4, and to which the Court is respectfully referred for a complete and accurate statement of its contents.  Third sentence, including citation to exhibit:  Deny, except to aver OIP's transmittal of a

-14-

letter to plaintiff dated August 2, 2007, a copy of which is attached to plaintiff's Complaint as Exhibit 3, and to which the Court is respectfully referred for a complete and accurate statement of its contents.

58.  Fifth unnumbered paragraph:  This paragraph consists of plaintiff's prayer for relief, which does not require an answer, but to the extent that an answer may be deemed required, deny.

Each and every allegation, not heretofore expressly admitted or denied, is denied.

Defendants deny that plaintiff is entitled to the relief prayed for or to any relief whatsoever.

-15-

WHEREFORE, defendants, having fully answered, respectfully ask that this action be dismissed with prejudice and that defendants be granted their costs.

Respectfully submitted,

_____

JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

_____

RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

                                    /s/
                         _____
Dated:  February 15, 2008   CAROLINE A. SMITH
                            (DC Bar #501942)
                            Attorney-Advisor
                            Office of Information and Privacy
                            United States Department of Justice
                            1425 New York Ave., NW, Suite 11050
                            Washington, DC  20530-0001
                            (202) 514-8858

                            Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Answer was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

        Mr. Anthony Grandison
        DOC ID No. 172622
        Maryland Correctional Adjustment Center
        401 East Madison Street
        Baltimore, MD  21202

on this 15th day of February 2008.


                              /s/
        CAROLINE A. SMITH