FILED

MAR 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY GRANDISON,  :  :  Plaintiff,  :  :  v.  :  :  UNITED STATES DEPARTMENT  :  OF JUSTICE, *et al.*,  :  :  Defendants.  : | Civil Action No. 08-0024 (RJL) |

### ORDER

It is hereby

ORDERED that, not later than **April 1, 2008**, defendants shall file either a dispositive motion or a proposed schedule governing future proceedings in this action.

SO ORDERED.

*[signature]*
RICHARD J. LEON
United States District Judge

Date:

