```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )  Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
    Defendants.                 )
                                )
```

## DEFENDANTS' PROPOSED SCHEDULE

Plaintiff commenced this action pro se on January 7, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of any records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802, that might be maintained by the Civil Division and by the Executive Office for United States Attorneys, components of the United States Department of Justice. Defendants filed their Answer on February 15, 2008. By Order dated March 7, 2008, the Court directed defendants to file a dispositive motion or a proposed schedule to govern future proceedings by April 1, 2008.

It is highly likely that this case will be resolved by dispositive motion. Further, this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9). Accordingly, defendants respectfully propose, subject to the approval of the Court, and consistent with the Court's Order of

-2-

March 7, 2008, the following briefing schedule:

Defendants would file their dispositive motion on or before May 20, 2008; plaintiff would file his opposition and/or cross motion on or before June 17, 2008; defendants would file their reply and/or opposition, if any, on or before July 15, 2008; and plaintiff would file his reply, if any, on or before August 12, 2008.[1]  A proposed scheduling order is submitted herewith.

            Respectfully submitted,

            _____
            JEFFREY A. TAYLOR
            (DC Bar #498610)
            United States Attorney

            _____
            RUDOLPH CONTRERAS
            (DC Bar #434122)
            Assistant United States Attorney

            _____/s/_____
Dated:  April 1, 2008    CAROLINE A. SMITH
            (DC Bar #501942)
            Attorney-Advisor
            Office of Information and Privacy
            United States Department of Justice
            1425 New York Ave., NW, Suite 11050
            Washington, DC  20530-0001
            (202) 514-8858

            Attorneys for Defendants

---

[1] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(a), defendants have not discussed this filing with plaintiff, who is incarcerated and appearing pro se.

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

ANTHONY GRANDISON,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
    Defendants.                 )
_____)

## ORDER

Upon consideration of Defendants' Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendants shall file their dispositive motion on or before May 20, 2008; plaintiff shall file his opposition and/or cross motion on or before June 17, 2008; defendants shall file their reply and/or opposition, if any, on or before July 15, 2008; and plaintiff shall file his reply, if any, on or before August 12, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Mr. Anthony Grandison<br>DOC No. 172622<br>Maryland Correctional<br>  Adjustment Center<br>401 East Madison Street<br>Baltimore, MD  21202 | Caroline A. Smith<br>Attorney-Advisor<br>Office of Information and Privacy<br>United States Department of Justice<br>1425 New York Ave., NW, Suite 11050<br>Washington, DC  20530-0001 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendants' Proposed Briefing Schedule and accompanying proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Anthony Grandison
>DOC ID No. 172622
>Maryland Correctional Adjustment Center
>401 East Madison Street
>Baltimore, MD  21202

on this 1st day of April 2008.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　CAROLINE A. SMITH