```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
     Defendants.                )
                                )
```

DEFENDANTS' RESPONSE TO "PLAINTIFF
GRANDISON OPPOSITION TO THE DEFENDANTS PROPOSED SCHEDULE"

Preliminary Statement

Plaintiff commenced this action pro se on January 7, 2008,[1] pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of any records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 (D. Md. 1989), that might be maintained by the Civil Division and by the Executive Office for United States Attorneys (EOUSA), components of the United States Department of Justice.  Defendants filed their Answer on February

---

[1] Plaintiff asserts that he commenced this action in November 2007.  (See "Plaintiff Grandison Opposition to the Defendants Proposed Schedule," [hereinafter Plaintiff's Opposition] filed April 7, 2008, at 1.).  Although plaintiff's Complaint was received by the Court on November 17, 2007, his Complaint was not deemed "filed" until January 7, 2008.  (See Docket entry 1.)

-2-

15, 2008.[2]   Pursuant to an Order issued by the Court on March 7, 2008, defendants filed a proposed briefing schedule to govern future proceedings on April 1, 2008.  On April 7, 2007, plaintiff filed an opposition in which he asserts that defendants were required to confer with him about the proposed schedule, and that the proposed time frames would unnecessarily delay this case.  For the reasons set forth below, defendants respectfully submit that plaintiff's arguments are wholly without merit.

<u>Argument</u>

I. Defendants Had No Duty to Confer with Plaintiff before Filing Their Proposed Briefing Schedule

Plaintiff contends that his pro se status "does not exempt the Defendants' from the duty-to-confer requirements under Local Civil Rule 16.3(b)(9)."  (Pl.'s Opp'n at 3.)  Plaintiff's contention is patently wrong.  Local Civil Rule 7(m) provides that "the duty to confer also applies to non-incarcerated parties appearing pro se."  The logical inference to be drawn from this rule is that there is no corresponding duty to confer with incarcerated pro se plaintiffs like Mr. Grandison, who is currently serving a death row sentence for his role in two murders.  In fact, Local Civil Rule 16.3(b) specifically exempts parties from the duty to confer requirements set forth in Local Civil Rule 16 in "an action brought without counsel by a person

---

[2] Defendants properly sent plaintiff a copy of their Answer on February 15, 2008.  In his Opposition, plaintiff alleges that he has not received it.  (Pl.'s Opp'n at 2).  As a courtesy, defendants have mailed another copy of the Answer to plaintiff by letter dated April 10, 2008.

-3-

in the custody of the United States, a state, or a state subdivision." Moreover, the Court's Order of March 7, 2008 specifically directed defendants to "file either a dispositive motion or a proposed schedule." Nothing in the Court's Order required defendants to confer with plaintiff. Accordingly, contrary to plaintiff's argument, defendants were not required to confer with plaintiff prior to filing a schedule governing future filing dates in this case.

    II.   <u>Defendants' Proposed Briefing Schedule Is Reasonable</u>

Defendants have proposed May 20, 2008, as the filing deadline for their dispositive motion, which is forty-nine days from the date that the schedule was filed with the Court. This amount of time is necessary for defendants to properly defend this case on the merits, which requires that both the Civil Division and EOUSA prepare declarations regarding the processing of plaintiff's FOIA requests. In addition to these declarations, the Civil Division must review hundreds of pages of documents responsive to plaintiff's request in order to prepare a <u>Vaughn</u> Index that justifies its withholding of records in this case.

Moreover, defendants' proposed briefing schedule stands in stark contrast to the unsupported and completely unreasonable response time proposed by plaintiff. Specifically, plaintiff has asked the Court to order defendants to file their dispositive motion "within seven working days from the DATE of this ORDER, or the Defendant is ORDERED to provide Plaintiff with the documents

-4-

he requested within seven (7) working days."  (Pl.'s Opp'n, attached proposed order).  While defendants share plaintiff's interest in resolving this action as expeditiously as possible, plaintiff's proposal is untenable in light of the preparation required to submit dispositive motions on behalf of two Department components as detailed above.

The remainder of the defendants' proposed briefing schedule provides each party with twenty-eight days to respond to every motion that follows the defendants' submission of their dispositive motion.  Although plaintiff objects in general terms to the proposed response times, he has failed to present an alternative schedule.  (<u>See</u> Pl.'s Opp'n. at 3).  By contrast, defendants proposed deadlines are reasonable, and will provide for the prompt adjudication of this action.

-5-

Conclusion

For the foregoing reasons, and based on the entire record herein, defendants respectfully request that Defendants' Proposed Briefing Schedule be approved.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney


                              _____/s/_____
Dated:  April 11, 2008        CAROLINE A. SMITH
                              (DC Bar #501942)
                              Attorney-Advisor
                              Office of Information and Privacy
                              United States Department of Justice
                              1425 New York Ave., NW, Suite 11050
                              Washington, DC  20530-0001
                              (202) 514-8858

                              Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendants' Response to "Plaintiff Grandison Opposition to the Defendants Proposed Schedule" was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Anthony Grandison
>DOC ID No. 172622
>Maryland Correctional Adjustment Center
>401 East Madison Street
>Baltimore, MD  21202

on this 11th day of April 2008.

_____/s/_____
CAROLINE A. SMITH