UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY GRANDISON,       )
                         )
         Plaintiff,      )
                         )
v.                       )         Civil Action No. 08-0024 (RJL)
                         )
U.S. DEPARTMENT OF JUSTICE, et al., )
                         )
         Defendants.     )

## ORDER

Upon consideration of Defendants' Proposed Briefing Schedule and plaintiff's opposition thereto, it is hereby

ORDERED that defendants shall file their dispositive motion on or before **May 20, 2008**; plaintiff shall file his opposition and/or cross motion on or before **June 17, 2008**; defendants shall file their reply and/or opposition, if any, on or before **July 15, 2008**; and plaintiff shall file his reply, if any, on or before **August 12, 2008.**

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE:
4/16/08