UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY GRANDISON,                )
                                  )
    Plaintiff,                    )
                                  )
    v.                            ) Civil Action No. 08-00024 (RJL)
                                  )
U.S. DEPARTMENT OF JUSTICE,       )
    et al.,                       )
                                  )
    Defendants.                   )
_____ )

ORDER

Upon consideration of Defendants' Motion for a Protective Order, of all papers filed with respect thereto, and of the entire record, and it appearing to the Court that the granting of defendants' motion, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this 2nd day of May 2008,

ORDERED that Defendants' Motion for a Protective Order be, and it hereby is, granted; and it is further

ORDERED that plaintiff's request for discovery, including his interrogatories dated February 14, 2008, be denied, unless and until a further Order of the Court.

_____
UNITED STATES DISTRICT JUDGE