UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY GRANDISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-00024 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DEFENDANT EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS' MOTION TO VACATE THE BRIEFING SCHEDULE

Defendant, the Executive Office for United States Attorneys (EOUSA), by its undersigned attorneys, respectfully moves the Court for an order vacating the briefing schedule.[1]  Plaintiff commenced this action pro se on January 7, 2008, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of certain records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 (D. Md. 1989), that might be maintained by the Civil Division and by EOUSA, components of the United States Department of Justice.  Pursuant to the Court's Order dated April 16, 2008, defendants' dispositive motion is due on May 20, 2008.  However, due to an unexpected development that became known to EOUSA and defendants' principal counsel only six days ago, it has become

---

[1] In accordance with Local Civil Rules 7(m) and 16.3(a)-(b), counsel for defendant EOUSA has not contacted plaintiff, a pro se prisoner who is incarcerated, regarding this motion.

-2-

apparent that vacating the briefing schedule with respect to EOUSA is necessary in order to ensure the efficient resolution of this litigation.

As detailed in the accompanying declaration of Linda Brown, Paralegal Specialist, United States Attorneys Office for the District of Maryland (USAO/DMD), United States Department of Justice, EOUSA initially determined that records that might be responsive to plaintiff's request had been destroyed in January 2001 by the National Archives and Records Administration's Federal Records Center (FRC) in Suitland, Maryland. (See id. ¶ 8.) EOUSA's response was based upon its misconception that USAO/DMD's docketing records constituted proof that the Piechowicz case file had been destroyed. (See id.) However, the docketing records relied upon by EOUSA merely prospectively indicated that the files were scheduled for destruction in January 2001, and did not show that the case file was in fact destroyed. (See id. & Exs. 1, 2.) On May 14, 2008, while finalizing her declaration for this case, declarant Brown requested that USAO/DMD's Docketing Clerk contact the FRC to determine the exact destruction date. (See id. ¶ 9.) It was at this time that the FRC provided USAO/DMD with the altogether unexpected news that it may still retain the Piechowicz case file, seven years after its scheduled destruction date. (See

-3-

id.)  The FRC is currently researching the status of Piechowicz

case.  (See id.)

In order to prepare a defense of this case on the merits,

EOUSA now, regrettably, has no choice but to wait for the FRC to

advise it of the status of the Piechowicz case file.  Moreover,

if the FRC locates the case file, EOUSA will then need to

determine whether any records contained therein are responsive to

plaintiff's request and releaseable under the FOIA.  Only then

will defendant EOUSA be in a position to propose a schedule for

its dispositive motion.  Accordingly, defendant EOUSA proposes,

subject to the approval of the Court, that it file a status

report with the Court on June 12, 2008, and file a new briefing

schedule on June 30, 2008.  Defendant EOUSA respectfully suggests

that this proposed course of action will not materially delay

this action and, in fact, will best facilitate the adjudication

of this case.

-4-

A proposed order is submitted herewith.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

                            _____/s/_____
Dated:  May 20, 2008        CAROLINE A. SMITH
                            (DC Bar #501942)
                            Attorney-Advisor
                            Office of Information and Privacy
                            United States Department of Justice
                            1425 New York Ave., NW, Suite 11050
                            Washington, DC  20530-0001
                            (202) 514-8858

                            Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,                    )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )  Civil Action No. 08-00024 (RJL)
                                      )
U.S. DEPARTMENT OF JUSTICE,           )
    et al.,                           )
                                      )
        Defendants.                   )
_____)

<u>ORDER</u>

Upon consideration of defendant Executive Office for United States Attorneys' (EOUSA) Motion to Vacate the Briefing Schedule, and it appearing to the Court that granting the motion would be just and proper, it is by the Court this ___ day of _____ 2008,

ORDERED that defendant EOUSA's Motion to Vacate the Briefing Schedule be, and it hereby is, granted; and it is further

ORDERED that defendant EOUSA shall file a status report on or before June 12, 2008, and file a proposed briefing schedule on or before June 30, 2008.


_____
UNITED STATES DISTRICT JUDGE



cc:  Mr. Anthony Grandison        Caroline A. Smith
     DOC ID No. 172622            Attorney-Advisor
     Maryland Correctional        Office of Information & Privacy
       Adjustment Center          1425 New York Ave., NW,
     401 East Madison Street        Suite 11050
     Baltimore, MD  21202         Washington, DC  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY GRANDISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-00024 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF LINDA BROWN

I, Linda Brown, declare the following to be a true and correct statement of facts:

1)      This Declaration addresses the searches that I have conducted for records responsive to Plaintiff's Freedom of Information Act (FOIA) request to the Executive Office for United States Attorneys (EOUSA),  seeking access to certain records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, Civil No. K-86-802 (D. Md. 1989), that might be maintained at the United States Attorney's Office for the District of Maryland (USAO/DMD).

2)      I am a Paralegal Specialist and currently serve as the FOIA Liaison at the USAO/DMD.  Since 2007 to the present, I have served as the FOIA Liaison between the USAO/DMD and EOUSA.  In this capacity, I handle approximately fifty FOIA requests per year. To do so, I conduct a systematic search for civil and criminal records to determine the location of any and all files relating to the requester in order to comply with the request.  The statements I make herein are either on the basis of my own personal knowledge or on the basis of knowledge acquired by me through the performance of my official duties.

3)    Due to the nature of my official duties, I am familiar with procedures followed by the USAO/DMD in responding to FOIA requests.

4)    By facsimile dated June 8, 2007, I was instructed by EOUSA to conduct a search at USAO/DMD for specific public records pertaining to the <u>Piechowicz</u> case in connection with Request No. 07-1608.

5)    To accomplish the search for this request, I looked for records in the computer tracking system for the USAO/MD that were listed under <u>Piechowicz</u> and Civil Number 86-802. I used a computer case tracking system in the U.S. Attorney's Office to determine all possible locations of responsive files.

6)    The system utilized in searching for records pertaining to cases in the United States Attorney's Office is the Legal Information Office Network System ("LIONS"). The LIONS system is the computer system used by United States Attorneys offices to track cases and to retrieve files pertaining to cases and investigations. By use of the LIONS system, the user can access databases which can be used to retrieve the information based on a defendant's name, the USAO number (United States' Attorney's Office internal administrative number), the Assistant United States Attorney assigned to the case, and the district court case number. The FOIA request is then forwarded to the assigned Assistant United States Attorney or Criminal or Civil Chief for all responsive documents. Once complete, the FOIA file and all responsive documents are forwarded to EOUSA. EOUSA makes all determinations regarding the release or withholding of records.

7)    Except for LIONS, there are no electronic databases at USAO/DMD that could reasonably be expected to maintain responsive records. Therefore, on June 12, 2007, I conducted

a search in LIONS by using <u>Piechowicz's</u> name and Civil No. 86-802 and learned that there were

no responsive records presumably because the case predated the implementation of the LIONS

system in the United States Attorney's Office.

8)    I then contacted the Docketing Clerk to request a search of <u>Piechowicz's</u> name

and Civil No. 86-802 in the paper records maintained of cases predating this office's LIONS

system.  The Docketing Clerk informed me that the <u>Piechowicz</u> case file was destroyed in

January 2001.  In support of this statement, the Docketing Clerk provided me with

USAO/DMD's case docketing information sheet and a "records and transmittal receipt."  These

documents indicated that all the USAO/DMD's files pertaining to the <u>Piechowicz</u> case were

transferred to the Federal Records Center in June 1992 under the following identifiers: accession

number 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, box number 136, and series number 0174-90.  (<u>See</u> Ex. 1 & 2 at page 11.)

The records and transmittal receipt also showed that the USAO/DMD had directed the Federal

Records Center to retain all the enumerated case files until January 2001, at which point they

were to be destroyed pursuant to the disposal authority listed on that receipt.  According to this

information, the Docketing Clerk conveyed to me that those two documents reliably indicated

that the <u>Piechowicz</u> case file had been destroyed in January 2001.  Accordingly, on June 14,

2007, I informed EOUSA that the records potentially responsive to Plaintiff's request had been

destroyed.  I also provided this same information in response to a subsequent request (No. 07-

2750) involving certain non-public records pertaining to the <u>Piechowicz</u> case.

The Federal Records Center serves as repositories and destruction facilities for certain

older federal records.  Pursuant to its records retention schedules, USAO/DMD routinely

transfers case files to the Federal Record Center for temporary retention and destruction.

9)      While finalizing my declaration on May 14, 2008, I asked the Docketing Clerk to contact the Federal Records Center in order to find out the exact date that the records were destroyed.  Upon contacting the Federal Records Center on May 14, 2008, the Docketing Clerk learned that in fact the records may not have been destroyed seven years ago, as directed by USAO/DMD.  It was at this point, I learned that the Docketing Clerk made a reasonable assumption that the records had been destroyed in January 2001 based on information maintained at the USAO/DMD described above and on her experience that the Federal Records Center generally does not retain the files long past their scheduled destruction date.

The Federal Records Center is researching to determine whether any responsive records in the <u>Piechowicz</u> case still exist.  We continue to follow up to confirm the existence of responsive records.

Executed this 20 day of May 2008 in Baltimore, Maryland.

Linda Brown

Linda Brown
Paralegal Specialist
Office of the U.S. Attorney
District of Maryland

4

# Exhibit 1

No. 08-00024 (D.D.C.)(RJL)

Piechowicz, Cheryl Ann          8600683
                                86-802
PIECHOWICZ V US                 03/18/86
TO                              WXM
JUDE

174590   Box: 0136   Acc: 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

Closed: 03/29/88  Reas:  Dism On U.S. Motion
        $ Relief Granted: $.00

              Appeal#:              Opinion:

Record 1
Record 1      Image File Size = 2548
Name:    PIECHOWICZ, CHERYL ANN

Court Number:      86-802

# Exhibit 2

No. 08-00024 (D.D.C.)(RJL)




| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | PAGE 1 | OF 14 PAGES |

**1. TO** *(Complete the address for the appropriate records center serving your area)*

Federal Archives and Records Center
General Services Administration

*As shown in FPMR 101-11.410-1* ▶

4205 Suitland Road
Suitland, Maryland

**5. FROM** *(Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)*

ADMINISTRATION
Office of the United States Attorney
820 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692

**2. AGENCY TRANSFER AUTHORIZATION**
TRANSFERRING AGENCY OFFICIAL *(Signature and title)*
*Rubl D. Bennett*
Richard D. Bennett, U.S. Attorney
DATE 6/12/92
5/18/92

**3. AGENCY CONTACT**
TRANSFERRING AGENCY LIAISON OFFICIAL *(Name, office and telephone No.)*
Stephanie L. DePasqua, Admin. Officer
U.S. Attorney's Office   410/962-4822

**4. RECORDS CENTER RECEIPT**
RECORDS RECEIVED BY *(Signature and title)*
DATE

*Fold line* ◀

## RECORDS DATA

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | 222 | | Closed Criminal & Civil Case Files Jan – Dec 1990 | W | OBD 2710.2B-1-4 | 1/2001 | 18/34: 47-2.1 | | | |
| | | | | 1 | 0001-90 thru 0012-90 0014-90 thru 0027-90 0029-90 0031-90 thru 0040-90 | | | | | | | |
| | | | | 2 | 0041-90 thru 0048-90 0048-90 0050-90 thru 0060-90 0080-90 | | | | | | | |
| | | | | 3 | 0081-90 thru 0095-90 0097-90 thru 0101-90 | | | | | | | |
| | | | | 4 | 0102-90 thru 0109-90 0112-90 thru 0120-90 | | | | | | | |
| | | | | 5 | 0121-90 thru 0147-90 | | | | | | | |

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U. S. Attorney's Office Baltimore, MD | | | DATE | | PAGE 2 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | | RESTRICTION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | |
| RG | FY | NUMBER | | | | | | | | LOCATION | SHELF PLAN / CONT. TYPE / AUTO. DISP. | |
| (a) | (b) | (c) | (d) | (e) | (f) | | (g) | (h) | (i) | (j) | (k) (l) (m) | |
| 118 | 92 | 58 | | 6 | 0148-90 thru 0185-90 | | | | | | | |
| | | | | 7 | 0186-90 thru 0196-90 0198-90 thru 0206-90 | | | | | | | |
| | | | | 8 | 0207-90 thru 0215-90 | | | | | | | |
| | | | | 9 | 0216-90 thru 0223-90 | | | | | | | |
| | | | | 10 | 0224-90 thru 0226-90 0228-90 thru 0231-90 | | | | | | | |
| | | | | 11 | 0232-90 thru 0237-90 | | | | | | | |
| | | | | 12 | 0238-90 thru 0243-90 0246-90 thru 0249-90 | | | | | | | |
| | | | | 13 | 0250-90 thru 0263-90 | | | | | | | |
| | | | | 14 | 0264-90 thru 0300-90 | | | | | | | |
| | | | | 15 | 0301-90 thru 0309-90 0345-90 0347-90 thru 0348-90 | | | | | | | |
| | | | | 16 | 0349-90 thru 0350-90 0351-90 0356-90 thru 0365-90 | | | | | | | |
| | | | | 17 | 0367-90 thru 0392-90 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME Baltimore, Maryland | | DATE | PAGE 3 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC- TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | |
| 118 | 92 | 58 | | 18 | 0393-90 thru 0403-90<br>0405-90 thru 0412-90 | | | | | | | | |
| | | | | 19 | 0413-90 thru 0426-90 | | | | | | | | |
| | | | | 20 | 0427-90 thru 0449-90 | | | | | | | | |
| | | | | 21 | 0450-90 thru 0452-90 | | | | | | | | |
| | | | | 22 | 0455-90 thru 0456-90 | | | | | | | | |
| | | | | 23 | 0457-90 thru 0461-90 | | | | | | | | |
| | | | | 24 | 0463-90 thru 0464-90<br>0466-90 | | | | | | | | |
| | | | | 25 | 0467-90 thru 0468-90 | | | | | | | | |
| | | | | 26 | 0469-90 thru 0474-90 | | | | | | | | |
| | | | | 27 | 0475-90 thru 0498-90 | | | | | | | | |
| | | | | 28 | 0499-90 thru 0513-90<br>0515-90 thru 0523-90<br>0525-90 thru 0527-90 | | | | | | | | |
| | | | | 29 | 0529-90 thru 0541-90<br>0543-90 thru 0549-90<br>0551-90 thru 0562-90<br>0564-90 thru 0565-90 | | | | | | | | |
| | | | | 30 | 0566-90 thru 0569-90<br>0572-90 thru 0583-90 | | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | | DATE | PAGE 4 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|
| ACCESSION NUMBER | | | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER | | | |
| RG (a) | FY (b) | NUMBER (c) | | | | | | | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 18 | 0393-90 thru 0403-90 0405-90 thru 0412-90 | | | | | | | |
| | | | | 19 | 0413-90 thru 0426-90 | | | | | | | |
| | | | | 20 | 0427-90 thru 0449-90 | | | | | | | |
| | | | | 21 | 0450-90 thru 0452-90 | | | | | | | |
| | | | | 22 | 0455-90 thru 0456-90 | | | | | | | |
| | | | | 23 | 0457-90 thru 0461-90 | | | | | | | |
| | | | | 24 | 0463-90 thru 0464-90 0466-90 | | | | | | | |
| | | | | 25 | 0467-90 thru 0468-90 | | | | | | | |
| | | | | 26 | 0469-90 thru 0474-90 | | | | | | | |
| | | | | 27 | 0475-90 thru 0498-90 | | | | | | | |
| | | | | 28 | 0499-90 thru 0513-90 0515-90 thru 0523-90 0525-90 thru 0527-90 | | | | | | | |
| | | | | 29 | 0529-90 thru 0541-90 0543-90 thru 0549-90 0551-90 thru 0562-90 0564-90 thru 0565-90 | | | | | | | |
| | | | | 30 | 0566-90 thru 0569-90 0572-90 thru 0583-90 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME<br>U.S. Attorney's Office<br>Baltimore, MD | DATE | PAGE<br>5 | OF<br>14 PAGES |
|---|---|---|---|---|---|

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC-TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 31 | 0584-90 thru 0585-90<br>0591-90 thru 0607-90<br>0609-90 thru 0612-90 | | | | | | | |
| | | | | 32 | 0613-90 thru 0650-90 | | | | | | | |
| | | | | 33 | 0651-90 thru 0653-90<br>0655-90 thru 0658-90 | | | | | | | |
| | | | | 34 | 0659-90 thru 0660-90<br>0662-90 | | | | | | | |
| | | | | 35 | 0664-90 thru 0671-90<br>0675-90 thru 0697-90 | | | | | | | |
| | | | | 36 | 0698-90 thru 0729-90 | | | | | | | |
| | | | | 37 | 0730-90 thru 0764-90 | | | | | | | |
| | | | | 38 | 0766-90 thru 0792-90 | | | | | | | |
| | | | | 39 | 0793-90 thru 0813-90 | | | | | | | |
| | | | | 40 | 0814-90 thru 0815-90<br>0818-90 | | | | | | | |
| | | | | 41 | 0819-90 thru 0823-90 | | | | | | | |
| | | | | 42 | 0824-90 thru 0833-90 | | | | | | | |
| | | | | 43 | 0834-90<br>0853-90 thru 0859-90 | | | | | | | |

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | DATE | | PAGE 6 | OF 14 PAGES |
|---|---|---|---|---|---|---|

| ACCESSION NUMBER | | | | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) | |
| 118 | 92 | 58 | | 44 | 0860-90 thru 0864-90<br>0868-90<br>0870-90 thru 0888-90<br>0890-90<br>0893-90 | | | | | | | | |
| | | | | 45 | 0891-90 thru 0892-90<br>0894-90 thru 0895-90<br>0897-90 thru 0912-90 | | | | | | | | |
| | | | | 46 | 0913-90 thru 0958-90 | | | | | | | | |
| | | | | 47 | 0959-90 thru 0972-90<br>0974-90 thru 0989-90<br>0991-90 | | | | | | | | |
| | | | | 48 | 0992-90 thru 1006-90 | | | | | | | | |
| | | | | 49 | 1007-90 thru 1010-90<br>1012-90 | | | | | | | | |
| | | | | 50 | 1013-90<br>1016-90 thru 1017-90 | | | | | | | | |
| | | | | 51 | 1018-90 thru 1022-90 | | | | | | | | |
| | | | | 52 | 1024-90 thru 1036-90 | | | | | | | | |
| | | | | 53 | 1038-90 thru 1059-90 | | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | DATE | PAGE 7 | OF 14 PAGES |
|---|---|---|---|---|---|

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC- TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 54 | 1060-90 thru 1068-90<br>1070-90 thru 1077-90<br>1079-90 thru 1093-90<br>1095-90 thru 1099-90 | | | | | | | |
| | | | | 55 | 1100-90 thru 1115-90<br>1117-90<br>1119-90<br>1120-90 thru 1128-90 | | | | | | | |
| | | | | 56 | 1129-90 thru 1143-90<br>1146-90 thru 1157-90<br>1159-90 thru 1166-90 | | | | | | | |
| | | | | 57 | 1167-90 thru 1170-90<br>1172-90<br>1174-90 thru 1175-90 | | | | | | | |
| | | | | 58 | 1176-90<br>1178-90<br>1185-90 thru 1186-90 | | | | | | | |
| | | | | 59 | 1195-90 thru 1225-90<br>1227-90 thru 1237-90 | | | | | | | |
| | | | | 60 | 1238-90 thru 1258-90 | | | | | | | |
| | | | | 61 | 1259-90 thru 1288-90 | | | | | | | |
| | | | | 62 | 1290-90 thru 1299-90<br>1301-90 thru 1302-90 | | | | | | | |
| | | | | 63 | 1303-90 thru 1305-90 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME U.S. Attorney's office Baltimore, MD | | | DATE | | PAGE 8 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC- TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | |
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 118 | 92 | 58 | | 64 | 1306-90 thru 1309-90 | | | | | | | |
| | | | | 65 | 1311-90 1314-90 thru 1319-90 1322-90 thru 1325-90 | | | | | | | |
| | | | | 66 | 1326-90 thru 1327-90 1329-90 thru 1363-90 | | | | | | | |
| | | | | 67 | 1364-90 1366-90 thru 1401-90 | | | | | | | |
| | | | | 68 | 1402-90 1404-90 1413-90 thru 1314-90 1416-90 thru 1420-90 1421-90 1425-90 | | | | | | | |
| | | | | 69 | 1426-90 thru 1428-90 | | | | | | | |
| | | | | 70 | 1429-90 thru 1435-90 | | | | | | | |
| | | | | 71 | 1436-90 thru 1442-90 1444-90 thru 1465-90 | | | | | | | |
| | | | | 72 | 1466-90 thru 1505-90 | | | | | | | |
| | | | | 73 | 1506-90 thru 1518-90 | | | | | | | |
| | | | | 74 | 0310-90 thru 0336-90 0338-90 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME<br>U.S. Attorney's Office<br>Baltimore, MD | | DATE | | PAGE 9 | OF 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|

<table>
<tr><th colspan="3">ACCESSION NUMBER</th><th rowspan="2">VOLUME<br>(cu. ft.)<br>(d)</th><th rowspan="2">AGENCY<br>BOX<br>NUMBERS<br>(e)</th><th rowspan="2">SERIES DESCRIPTION<br>(With inclusive dates of records)<br>(f)</th><th rowspan="2">RESTRIC-<br>TION<br>(g)</th><th rowspan="2">DISPOSAL AUTHORITY<br>(Schedule and<br>item number)<br>(h)</th><th rowspan="2">DISPOSAL<br>DATE<br>(i)</th><th colspan="4">COMPLETED BY RECORDS CENTER</th></tr>
<tr><th>RG<br>(a)</th><th>FY<br>(b)</th><th>NUMBER<br>(c)</th><th>LOCATION<br>(j)</th><th>SHELF<br>PLAN<br>(k)</th><th>CONT.<br>TYPE<br>(l)</th><th>AUTO.<br>DISP.<br>(m)</th></tr>
<tr><td>118</td><td>92</td><td>58</td><td></td><td>75</td><td>0340-90 thru 0343-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>76</td><td>0344-90<br>1519-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>77</td><td>1523-90 thru 1528-90<br>1530-90 thru 1532-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>78</td><td>1535-90 thru 1559-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>79</td><td>1560-90 thru 1582-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>80</td><td>1583-90 thru 1605-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>81</td><td>1606-90 thru 1613-90<br>1615-90 thru 1624-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>82</td><td>1625-90 thru 1651-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>83</td><td>1652-90 thru 1654-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>84</td><td>1655-90 thru 1656-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>85</td><td>1657-90<br>1661-90 thru 1665-90<br>1667-90<br>1669-90<br>1671-90 thru 1679-90<br>1681-90 thru 1687-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td>86</td><td>1688-90 thru 1713-90</td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

135-203

STANDARD FORM 135-A (Rev. 6-76)<br>Prescribed by GSA

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | | DATE | | PAGE 10 | OF 14 PAGES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | | RESTRIC-TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 87 | 1714-90 thru 1717-90 1719-90 1721-90 thru 1725-90 | | | | | | | | |
| | | | | 88 | 1726-90 thru 1729-90 1732-90 thru 1733-90 | | | | | | | | |
| | | | | 89 | 1734-90 thru 1741-90 | | | | | | | | |
| | | | | 90 | 1171-90 1181-90 | | | | | | | | |
| | | | | 91 | 1182-90 thru 1184-90 | | | | | | | | |
| | | | | 92-96 | 1190-90 | | | | | | | | |
| | | | | 97-101 | 1191-90 | | | | | | | | |
| | | | | 102 | 1192-90 | | | | | | | | |
| | | | | 103-104 | 1193-90 | | | | | | | | |
| | | | | 105 | 1289-90 | | | | | | | | |
| | | | | 106-107 | 1312-90 | | | | | | | | |
| | | | | 108 | 1321-90 | | | | | | | | |
| | | | | 109 | 1405-90 | | | | | | | | |
| | | | | 110-114 | 1406-90 | | | | | | | | |
| | | | | 115-116 | 1407-90 thru 1409-90 | | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | | DATE | PAGE 11 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|
| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC-TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER |
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 118 | 92 | 58 | | 117 | 1410-90 | | | | | | | |
| | | | | 118-122 | 1411-90 | | | | | | | |
| | | | | 123 | 1666-89 | | | | | | | |
| | | | | 124 | 1731-90 | | | | | | | |
| | | | | 125-128 | (1742-90) *PW/RA   46-50   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* | | | | | | | |
| | | | | 129-130 | 1743-90 | | | | | | | |
| | | | | 131-135 | 1744-90 | | | | | | | |
| | | | | 136 | 1745-90 | | | | | | | |
| | | | | 137 | 1747-90 thru 1748-90 | | | | | | | |
| | | | | 138-156 | 1749-90 | | | | | | | |
| | | | | 157-160 | 1751-90 | | | | | | | |
| | | | | 161-163 | 1750-90 | | | | | | | |
| | | | | 164-166 | 0061-90 | | | | | | | |
| | | | | 167 | 0061-90 thru 0062-90 | | | | | | | |
| | | | | 168-169 | 0353-90 | | | | | | | |
| | | | | 170-171 | 0352-90 | | | | | | | |
| | | | | 172-174 | 0838-90 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | | DATE | | PAGE 12 | OF 14 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | PAGES |
| ACCESSION NUMBER | | | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (With inclusive dates of records) (f) | RESTRIC-TION (g) | DISPOSAL AUTHORITY (Schedule and item number) (h) | DISPOSAL DATE (i) | COMPLETED BY RECORDS CENTER | | |
| RG (a) | FY (b) | NUMBER (c) | | | | | | | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 175-176 | 0354-90 | | | | | | |
| | | | | 177-178 | 0355-90 | | | | | | |
| | | | | 179 | 0839-90 thru 0841-90 | | | | | | |
| | | | | 180 | 0844-90 | | | | | | |
| | | | | 181 | 1179-90 | | | | | | |
| | | | | 182 | 1753-90 | | | | | | |
| | | | | 183-184 | 0588-90 thru 0589-90 | | | | | | |
| | | | | 185 | 0590-90 | | | | | | |
| | | | | 186-187 | 0842-90 | | | | | | |
| | | | | 188 | 0654-90 | | | | | | |
| | | | | 189 | 0846-90 thru 0848-90 | | | | | | |
| | | | | 190 | 0661-90 | | | | | | |
| | | | | 191 | 1179-90 thru 1180-90 | | | | | | |
| | | | | 192-193 | 0851-90 thru 0852-90 | | | | | | |
| | | | | 194 | 0843-90 | | | | | | |
| | | | | 195 | 0849-90 | | | | | | |
| | | | | 196 | 1754-90 | | | | | | |

*(handwritten, next to box 179):* Now 118-96-55 Bx 1-9

135--203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101—11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | | | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | | TRANSFERRING AGENCY'S NAME U.S. Attorney Office Baltimore, MD | | DATE | PAGE 13 | OF 14 PAGES |
|---|---|---|---|---|---|---|---|---|---|

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRIC- TION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 118 | 92 | 58 | | 197 | 0673-90<br>0674-90<br>1015-90<br>1423-90<br>1520-90 thru 1522-90 | | | | | | | |
| | | | | 198 | 1838-84<br>1983-84<br>1985-84<br>1986-84<br>1990-84<br>0192-85<br>0268-88<br>0485-88<br>0530-88<br>0682-88<br>1557-88<br>1887-88<br>2651-88<br>0041-89<br>0311-89<br>0702-89<br>0712-89<br>0923-89<br>1294-89 | | | | | | | |
| | | | | 199 | 1231-87<br>1723-87<br>0642-88<br>2187-88<br>0306-89 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| RECORDS TRANSMITTAL AND RECEIPT (Continuation) | This form is to continue listing of Records Data when space on SF 135 is not adequate. Instructions for completion of SF 135 apply. | TRANSFERRING AGENCY'S NAME U.S. Attorney's Office Baltimore, MD | DATE | PAGE 14 | OF 14 PAGES |
|---|---|---|---|---|---|

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (With inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (Schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG | FY | NUMBER | | | | | | | LOCATION | SHELF PLAN | CONT. TYPE | AUTO. DISP. |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) |
| 118 | 92 | 58 | | 200 | 2031-88 1461-89 1145-90 | | | | | | | |
| | | | | 201 | 0197-88 2650-88 1371-89 1372-89 | | | | | | | |
| | | | | 202 | 1403-89 1693-89 | | | | | | | |
| | | | | 203 | 1757-90 | | | | | | | |
| | | | | 204-205 | 1759-90 | | | | | | | |
| | | | | 206-222 | 1901-81 | | | | | | | |

135-203

STANDARD FORM 135-A (Rev. 6-76)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant Executive Office for United States Attorneys' Motion to Vacate the Briefing Schedule, the proposed order, Declaration of Linda Brown, and exhibits to that declaration were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

        Mr. Anthony Grandison
        DOC ID No. 172622
        Maryland Correctional Adjustment Center
        401 East Madison Street
        Baltimore, MD  21202

on this 20th day of May 2008.

                              _____/s/_____
                              CAROLINE A. SMITH