UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,

        Plaintiff,

v.

UNITED STATES DEPARTMENT
OF JUSTICE, *et al.*,

        Defendants.

Civil Action No. 08-0024 (RJL)

### ORDER

It is hereby

ORDERED that plaintiff's motion to compel discovery [Dkt. #19] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 5/22/08