UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,               )
                                 )
        Plaintiff,               )
                                 )
v.                               )   Civil Action No. 08-00024 (RJL)
                                 )
U.S. DEPARTMENT OF JUSTICE,      )
  et al.,                        )
                                 )
        Defendants.              )
_____)

ORDER

Upon consideration of defendant Executive Office for United States Attorneys' (EOUSA) Motion to Vacate the Briefing Schedule, and it appearing to the Court that granting the motion would be just and proper, it is by the Court this 22nd day of May 2008,

ORDERED that defendant EOUSA's Motion to Vacate the Briefing Schedule be, and it hereby is, granted; and it is further

ORDERED that defendant EOUSA shall file a status report on or before June 12, 2008, and file a proposed briefing schedule on or before June 30, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc: Mr. Anthony Grandison            Caroline A. Smith
    DOC ID No. 172622                Attorney-Advisor
    Maryland Correctional            Office of Information & Privacy
      Adjustment Center              1425 New York Ave., NW,
    401 East Madison Street            Suite 11050
    Baltimore, MD  21202             Washington, DC  20530