```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
   et al.,                      )
                                )
     Defendants.                )
                                )
```

### DEFENDANT EXECUTIVE OFFICE
### FOR UNITED STATES ATTORNEYS' STATUS REPORT

Plaintiff commenced this action pro se on January 7, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of certain records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 (D. Md. 1989), that might be maintained by the Civil Division and by the Executive Office for United States Attorneys (EOUSA), components of the United States Department of Justice.

On May 20, 2008, defendant EOUSA filed a motion to vacate the briefing schedule after unexpectedly discovering that records responsive to plaintiff's FOIA request might be maintained at the National Archives and Records Administration's (NARA's) Federal Records Center in Suitland, Maryland.[1]  By Order dated May 22,

---

[1] On that same date, defendant Civil Division filed a motion for summary judgement.

-2-

2008, the Court granted defendant's motion and directed EOUSA to file a status report by June 12, 2008, and a new briefing schedule by June 30, 2008.

Since that time, EOUSA has retrieved one box of records from NARA related to the Piechowicz case, which forms the basis of plaintiff's FOIA litigation.  This box, which constitutes all of the responsive documents maintained by NARA, contains approximately 900 pages of records.  Based on a page-by-page review of these records, EOUSA has identified five pages that are responsive to plaintiff's request.  EOUSA anticipates that it will be able to send any and all nonexempt portions of those pages to plaintiff by June 20, 2008.  EOUSA will not process the remaining pages, which consist of 267 duplicate pages that the Civil Division has already processed in connection with this FOIA case, and approximately 628 pages that do not pertain to the specific items enumerated in plaintiff's FOIA request.

-3-

Pursuant to the Court's Order dated May 22, 2008, defendants will propose a new briefing schedule to govern future proceedings with respect to defendant EOUSA by June 30, 2008.

                                          Respectfully submitted,

                                          _____
                                          JEFFREY A. TAYLOR
                                          (DC Bar #498610)
                                          United States Attorney

                                          _____
                                          RUDOLPH CONTRERAS
                                          (DC Bar #434122)
                                          Assistant United States Attorney

                                          _____/s/_____

Dated: June 12, 2008          CAROLINE A. SMITH
                                          (DC Bar #501942)
                                          Attorney-Advisor
                                          Office of Information and Privacy
                                          United States Department of Justice
                                          1425 New York Ave., NW, Suite 11050
                                          Washington, DC 20530-0001
                                          (202) 514-8858

                                          Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant Executive Office for United States Attorneys' Status Report was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Anthony Grandison
>DOC ID No. 172622
>Maryland Correctional Adjustment Center
>401 East Madison Street
>Baltimore, MD  21202

on this 12th day of June 2008.

>>>>>/s/
>>>>>CAROLINE A. SMITH