```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
     Defendants.                )
                                )
```

DEFENDANT EXECUTIVE OFFICE
FOR UNITED STATES ATTORNEYS' PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action pro se on January 7, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of certain records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 (D. Md. 1989), that might be maintained by the Civil Division and by the Executive Office for United States Attorneys (EOUSA), components of the United States Department of Justice.

On May 20, 2008, defendant EOUSA filed a motion to vacate the briefing schedule in order to determine whether records responsive to plaintiff's FOIA request might be maintained at the National Archives and Records Administration.  On May 22, 2008, the Court granted defendant's motion to vacate the briefing schedule and ordered EOUSA to file a status report by June 12,

-2-

2008, and to file a new proposed briefing schedule by June 30, 2008.

It is highly likely that this case will be resolved by dispositive motion.  Further, this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9). Accordingly, defendant EOUSA respectfully proposes, subject to the approval of the Court, and consistent with the Court's Order of May 22, 2008, the following briefing schedule:

Defendant EOUSA would file its dispositive motion on or before August 1, 2008;[1] plaintiff would file his opposition and/or cross motion on or before August 29, 2008; defendant EOUSA would file its reply and/or opposition, if any, on or before September 26, 2008; and plaintiff would file his reply, if any, on or before October 24, 2008.[2]

---

[1] This date is seventeen days after defendant Civil Division is scheduled to file its reply and/or opposition to plaintiff's cross-motion for summary judgment in this case.

[2] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(b), defendants have not discussed this filing with plaintiff, who is incarcerated and appearing pro se.

-3-

A proposed order is submitted herewith.

                                              Respectfully submitted,

                                              _____
                                              JEFFREY A. TAYLOR
                                              (DC Bar #498610)
                                              United States Attorney

                                              _____
                                              RUDOLPH CONTRERAS
                                              (DC Bar #434122)
                                              Assistant United States Attorney

                                              _____/s/_____
Dated:  June 30, 2008         CAROLINE A. SMITH
                                              (DC Bar #501942)
                                              Attorney-Advisor
                                              Office of Information and Privacy
                                              United States Department of Justice
                                              1425 New York Ave., NW, Suite 11050
                                              Washington, DC  20530-0001
                                              (202) 514-8858

                                              Attorneys for Defendants

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
     Defendants.                )
_____)
```

ORDER

Upon consideration of Defendant Executive Office for United States Attorneys' (EOUSA's) Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant EOUSA shall file its dispositive motion on or before August 1, 2008; plaintiff shall file his opposition and/or cross motion on or before August 29, 2008; defendant EOUSA shall file its reply and/or opposition, if any, on or before September 26, 2008; and plaintiff shall file his reply, if any, on or before October 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Mr. Anthony Grandison<br>DOC No. 172622<br>Maryland Correctional<br>  Adjustment Center<br>401 East Madison Street<br>Baltimore, MD  21202 | Caroline A. Smith<br>Attorney-Advisor<br>Office of Information and Privacy<br>United States Department of Justice<br>1425 New York Ave., NW, Suite 11050<br>Washington, DC  20530-0001 |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant Executive Office for United States Attorneys' Proposed Briefing Schedule and accompanying proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>	Mr. Anthony Grandison
>	DOC ID No. 172622
>	Maryland Correctional Adjustment Center
>	401 East Madison Street
>	Baltimore, MD  21202

on this 30th day of June 2008.

>	           /s/          
>	CAROLINE A. SMITH