UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,             )
                               )
    Plaintiff,                 )
                               )
    v.                         ) Civil Action No. 08-00024 (RJL)
                               )
U.S. DEPARTMENT OF JUSTICE,    )
    et al.,                    )
                               )
    Defendants.                )
_____)

ORDER

Upon consideration of Defendant Executive Office for United States Attorneys' (EOUSA's) Proposed Briefing Schedule, it is by the Court this ___ day of July 2008,

ORDERED that defendant EOUSA shall file its dispositive motion on or before August 1, 2008; plaintiff shall file his opposition and/or cross motion on or before August 29, 2008; defendant EOUSA shall file its reply and/or opposition, if any, on or before September 26, 2008; and plaintiff shall file his reply, if any, on or before October 24, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Anthony Grandison
DOC No. 172622
Maryland Correctional
  Adjustment Center
401 East Madison Street
Baltimore, MD  21202

Caroline A. Smith
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Executive Office for United States Attorneys' Proposed Briefing Schedule and accompanying proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

> Mr. Anthony Grandison
> DOC ID No. 172622
> Maryland Correctional Adjustment Center
> 401 East Madison Street
> Baltimore, MD  21202

on this 30th day of June 2008.

_____/s/_____
CAROLINE A. SMITH