IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUL – 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY GRANDISON,                               *

        Plaintiffs

                           *  CIVIL ACTION NO. 08-00024 (RJL)

   v.

                              *

U.S. Department of Justice, et al.,

        Defendants                    *

                   ***********************************

                   ***********************************

## PLAINTIFF GRANDISON'S OPPOSITION TO THE EXECUTIVE OFFICE OF UNITEDS STATES ATTORNEYS NEW PROPOSED BRIEFING SCHEDULE.

       Plaintiff Anthony Grandison, proceeding pro se, in opposition to the defendants U.S. Department of Justice and Executive Office for United States Attorney, hereby objections to the proposed schedule, and states as follows;

       Contrary to the Defendants' continuous erroneous assertions, this action was commenced by the Plaintiff on November 13, 2007 pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. & 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of any records pertaining to the Civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 that might be maintained by the Executive Office for United States Attorneys (EOUSA) and Civil Division both components of the United States Department of Justice.

       Originally the defendant (EOUSA) filed a motion for a briefing schedule that was opposed by the plaintiff. The defendant (EOUSA) on May 20, 2008 however would subsequently file a moton to vacate the briefing scheduling order allegedly to determine

1

whether records responsive to plaintiff's FOIA request might be maintained by the National Archives and Records Administration. This Court on May 22, 2008 granted the defendants' motion and ordered the defendant to file a status report by June 12, 2008, and to file a new proposed schedule by June 30, 2008. Now the defendant (EOUSA) seek a new briefing schedule contending this case is highly likely to be resolved by a dispositive motion filed on or before August 1, 2008; plaintiff would file his opposition and/or cross motion on or before August 29, 2008; defendant (EOUSA) would file its reply and/or opposition, if any, on or before September 26, 2008; and plaintiff would file his reply, if any, on or before October 24, 2008.

Another briefing schedule is absolutely not legally need in order for this Court to render a decision in the case sub judice. Since plaintiff Grandison Cross Motion for Summary Judgment arguments, attached exhibits, and the case of <u>Cheryl Ann Piechowicz, et al v. United States</u>, supra 685 F.Supp. Id. at 498 **FN28**, adopted and incorporated by reference to apply to the current Motion for Summary Judgment against the EOUSA defendants establishes that the identities and identical information, the defendants "EOUSA" now improperly seeks to protect from disclosure under Exemptions 6 and (7) (C) has been apart of the public domain for more than twenty years. A fact that cannot be rebutted by the defendants thus excluding the documents in question from the exemptions 6 and 7 (C).

Thus considered with those precepts in mind, clearly the EOUSA defendants seeks a new briefing schedule for no other reasons than a persist attempt to delay although the arguments, exhibits, case law and other documents requires that the documents in question be turned over to plaintiff in there unredacted version.

## CONCLUSION

WHEREFORE, the plaintiff respectfully requests that the defendants "EOUSA" Motion of a New Proposed Briefing Schedule should be denied based upon the facts set forth in plaintiff's Cross Motion for Summary Judgment, attached exhibits filed against the Civil Division defendants, and plaintiff's Motion for Summary Judgment filed against the EOUSA

defendants that adopted the arguments, attached exhibits, and case law offered in support thereof.

Respectfully, submitted

Anthony Grandison #172622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7__ day of __July__ , 2008, a copy of the

foregoing Opposition to the Executive Office of United States Attorneys Defendants New

Proposed Briefing Schedule was mailed by first class mail, postage prepaid to the

Ms. Caroline A. Smith (DC Bar #501942)

Attorney-Advisor

U.S. Department of Justice

Office of Information and Privacy

1425 New York Ave., N.W., Suite 11050,

Washington, D.C. 20530-0001

Anthony Grandison #172622

MACA C-46

401 E. Madison Street

Baltimore, MD. 21202

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,                          *

     Plaintiffs

                               * CIVIL ACTION NO. 08-00024 (RJL)

   V.

                               *

U.S. Department of Justice, et al.,

     Defendants                          *

                       *******************************

## ORDER

Upon consideration of the Plaintiff Motion in Opposition to the the defendants of the Executive Office of United States Attorneys' (EOUSA's) New Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that Defendants Executive Office of United States Attorneys for a New Proposed Briefing Schedule be, and it hereby is denied, since it appears to the Court after examining Plaintiff Cross Motion for Summary Judgment arguments, attached Exhibits A,B,C, and D, establishes the New Proposed Briefing Schedule is sought by the defendants is a utterly waste of judicial economy in light of the fact there exist no genuine dispute as to any material fact that the Plaintiff Grandison is entitled Cross and Summary judgment as a matter of law. It is further,

ORDERED that the Defendants Executive Office of United States Attorneys shall immediately turn over to the Plaintiff Grandison the requested records in their unredacted version forthwith.

_____
UNITED STATES DISTRICT JUDGE