```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,    )
    et al.,                    )
                                )
    Defendants.                )
_____)
```

DEFENDANT EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS' MOTION TO AMEND BRIEFING SCHEDULE

Defendant Executive Office for United States Attorneys (EOUSA), by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an order amending the briefing schedule approved by the Court on July 1, 2008.

Plaintiff commenced this action pro se on January 7, 2008, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, seeking the release of certain records pertaining to the civil case, Cheryl Ann Piechowicz, et al. v. United States, No. K-86-802 (D. Md. 1989), that might be maintained by the Civil Division and by EOUSA, components of the United States Department of Justice.

By Order dated July 1, 2008, the Court approved EOUSA's proposed briefing schedule, which provided, in part, that EOUSA would file its dispositive motion on August 1, 2008. On July 8,

-2-

2008, however, plaintiff unexpectedly filed a motion opposing EOUSA's briefing schedule and also filed a motion for summary judgment. Plaintiff's unscheduled filing of a summary judgment motion effectively requires defendant EOUSA to file its opposition now, rather than on September 26, 2008, as set forth in the Court's July 1, 2008 Order.

Defendant EOUSA therefore respectfully moves the Court to amend the briefing schedule in order to permit it to respond to plaintiff's unexpected motion for summary judgment and to establish a briefing schedule to govern future filings for this portion of the action.[1] Specifically, defendant EOUSA would file its motion for summary judgment as well as its opposition to plaintiff's motion on or before August 11, 2008; plaintiff would file his opposition and/or reply, if any, on or before September 8, 2008; and defendant EOUSA would file its reply, if any, on or before October 6, 2008.[2] Defendant EOUSA respectfully suggests that its requested amendment of the briefing schedule will not materially delay this action and, in fact, should facilitate its most efficient adjudication.[3]

---

[1] Defendant Civil Division's filings are governed by the briefing schedule ordered by the Court on April 16, 2008.

[2] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(b), defendant has not discussed this filing with plaintiff, who is incarcerated and appearing pro se.

[3] Rather, it is plaintiff's repeated filing of premature and extraneous motions which is hindering the orderly adjudication of this action.

-3-

## Conclusion

For the foregoing reasons, defendant EOUSA respectfully requests that its motion to amend the briefing schedule be granted. A proposed order is submitted herewith.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney


_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney


_____/s/_____
Dated: July 21, 2008      CAROLINE A. SMITH
(DC Bar #501942)
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 514-8858

Attorneys for Defendants

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )   Civil Action No. 08-00024 (RJL)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
  et al.,                       )
                                )
    Defendants.                 )
_____)
```

ORDER

Upon consideration of Defendant Executive Office for United States Attorneys' (EOUSA's) Motion to Amend Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant EOUSA shall file its motion for summary judgment and its opposition to plaintiff's motion for summary judgment on or before August 11, 2008; plaintiff shall file his opposition and/or reply, if any, on or before September 8, 2008; and defendant EOUSA shall file its reply, if any, on or before October 6, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Anthony Grandison           Caroline A. Smith
DOC No. 172622                  Attorney-Advisor
Maryland Correctional           Office of Information and Privacy
  Adjustment Center             United States Department of Justice
401 East Madison Street         1425 New York Ave., NW, Suite 11050
Baltimore, MD  21202            Washington, DC  20530-0001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Executive Office for United States Attorneys' Motion to Amend Briefing Schedule and accompanying proposed order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

> Mr. Anthony Grandison
> DOC ID No. 172622
> Maryland Correctional Adjustment Center
> 401 East Madison Street
> Baltimore, MD  21202

on this 21st day of July 2008.

                                                                               /s/
                                        CAROLINE A. SMITH