UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY GRANDISON,            )
                              )
        Plaintiff,            )
                              )
    v.                        )      Civil Action No. 08-0024 (RJL)
                              )
U.S. DEPARTMENT OF JUSTICE, *et al.*,  )
                              )
        Defendants.           )

## ORDER

It hereby

ORDERED that defendant EOUSA's unopposed Motion to Amend Briefing Schedule [#36] is GRANTED *nunc pro tunc*. It is further

ORDERED that defendant EOUSA shall file its motion for summary judgment and its opposition to Plaintiff Grandison's Motion for Summary Judgment Against the Executive office for United States Attorneys [#33] on or before **August 11, 2008**. Plaintiff shall file his opposition to defendant EOUSA's motion for summary judgment and/or reply, if any, on or before **September 9, 2008**: Defendant EOUSA shall file its reply, if any, on or before **October 6, 2008**.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 8/15/08